FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 24 2025
Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

U.S. v. Reynaud Chandler
Case No. 1:23-CR-229-JPB

Date: October 11, 2025

Honorable Justice Boulee,

My family and I want to thank you and express a merit of gratitude for your Judicial prudents in the action that was taken immediately on my behalf by both the U.S. Marshall and RADD to take me to my follow up "Sleep Study" appointment on Friday October 10th, 2025. After your acknowledgement and inquiry to the Government regarding my letter of failing health and negligence from both RADD – MEDICAL DEPARTMENT and U.S. Marshalls.

Although, the "Sleep Study" results are worse than before and have me considerably more frightened that I may die in custody. At least on paper my family and I now know how bad it has gotten since my last sleep study done before my arrest. I've gone from 83 times an hour up to 97 times an hour that I stop breathing in my sleep. I have been told that I am with very "severe" sleep apnea and my chances of having a "heart attack" has increased exponetially – (I have requested a copy of my MEDICAL RECORDS, to present to the court, the latest results of sleep study)

- 1 -

My struggle while here at RADD has been an up hill one. Fighting for well documented medical attention that seems to ellude me, C-PAP machine lost by U.S. Marshalls sixteen months ago, the proper diet through food service based upon Dr. Smith here at RADD assessment and verification of High Blood pressure (HB), High cholesterol, Gout, and now DIABETES TYPE 2. (Again, my attorney can provide the court with multiple grievances filed by me over the 16 months I've been here at RADD)

It appears that although documented verified via medical records from home and verified by RADD. I must fight for the basic of care even when I follow the instructions given to me by medical staff. The latest incident and I pray you can intervene and order RADD to comply. Is the denial of my prescription glasses. A month or so ago, I broke my prescription eye glasses that I was arrested in and entered into custody with. (Yellow metal frame w/Medicine)

I notified medical soon after and medical staff, Mrs. Musa - Nurse and Mrs. Jones - Records advised me that I can have another pair sent in from your Optician as long as they were "plastic frames" and not metal. Mrs. Jones gave me the address and instructions where to send the glasses and who to send them to. The eye glasses could not be over, One hundred dollars.
(Please review the actual receipt from "Salles Optician" enclosed)

The frames were fourty seven dollars, Gucci-Replica, The final total was, ninety seven dollars.

U.S. v. Reynaud Chandler
Case No: 1:23-CR-229-JPB

Date: October 11, 2025
- Continued -

The Warden who just arrived here at RADD less than 60 days ago denied the glasses. His response was, "No outside glasses allowed" — See, receipt enclosed dated and signed by Warden —

The problem with this is #1 — I cannot see without my glasses. I cannot sign or read documents nor watch T.V. I suffer from head aches and prior to my arrest on June 17, 2024 I was scheduled for surgery on my left eye the following month of July 2024, which I can also verify for the court. Not having my glasses puts me at risk in here. Jail is no walk in the park Your Honor. You may not want to think so but RADD has quantified my existing ailments through neglect and poor management.

The Warden is not right in denying me my eye glasses when this was a practice already in place prior to his arrival. The mere fact that he made this decision when my eye glasses were sent in on the instructions of his medical staff, without any notification to his own staff or the general population by way of a memorandum. Stating, effective a certain date or immediately no more outside eye glasses will be allowed.

- 2 -

In my case, I was advised by his staff to have the eye glasses ordered and sent in to medical, and without any justification and or consideration this Warden, Stevenson is not approving me to have the glasses.

I am now requesting that if it is in your power to order Warden Stevenson and or the U.S. Marshalls to provide me with my eye glasses that are in the Warden's possession albeit his office or property room. So that I can see in comfort, as it stands at this very moment I am in discomfort.

Thank you truly and kindly.

Respectfully,

Mr. Reynaud Chandler
69775053
Robert A. Deyton Detention

**Salle Opticians**
3500 Peachtree Rd suite D-10, Phipps Plaza
Atlanta, GA 30326
Phone:  (404) 816-6266     Fax: (404) 816-8047
www.salleopticians.com

salle opticians

Account #:  12675
**Reynaud Chandler**
11866 Hasting Bridge Road
Lovejoy, GA 3025011704
(301) 425-5027

Statement Date:      10/02/2025
Order:  43558     Date:  10/02/2025
Status:  Paid in full
Emp: Charisse M
Linh-Trang Than OD

| Date | Description | Qty | Price | Patient |
|---|---|---|---|---|
| 10/02/2025 | Frame - GUCCI Replica | 1 | 47.00 | 47.00 |
| 10/02/2025 | R Lens - CR 39 | 1 | 25.00 | 25.00 |
| 10/02/2025 | L Lens - CR 39 | 1 | 25.00 | 25.00 |
| 10/02/2025 | Patient - Credit Card - Visa | | 0.00 | -97.00 |

Account Balance 0.00           Totals   3   97.00         0.00
                                               Your Savings:   0.00
Due from Patient      97.00  Patient Payments    97.00      Patient Balance   0.00

Tax ID 83-0454790
Thank You

No Outside Glasses Allowed.

George [signature]    10/7/25

**GEO** Secure Services

Robert A. Deyton Detention Facility/Robert A. Deyton Centro de Detención
Regular Grievance/Quejas regular

Effective Date: August 01, 2019/Fecha de vigencia: 01 de agosto de 2019
RADDF Policy & Procedure # 11.11/RADDF Políticas y Procedimientos # 11.11

## REGULAR GRIEVANCE/QUEJAS REGULAR

Grievance/Quejas No.: _____
(issued by the Grievance Coordinator/emitido por el Coordinador de Quejas)

☐ EMERGENCY GRIEVANCE (please check box ONLY if issue is an Emergency) QUEJAS DE EMERGENCIA (marque la casilla SÓLO si el problema es una emergencia)

*Emergency Grievance:* Matters which, if handled according to regular time limits, would subject a detainee to substantial risk of personal injury or to other serious and irreparable harm.
*Quejas de emergencia:* Cuestiones que, si se maneja de acuerdo a los plazos regulares, sometería a un detenido a un riesgo sustancial de lesiones personales o cualquier otro perjuicio grave e irreparable.

| Last Name/Apellido | First Name/Nombre | USMS No. | Unit/Unidad | Cell/Celular No. |
|---|---|---|---|---|
| Chandler | Reynard | 69775053 | A5 | 201 |

**WHAT IS YOUR COMPLAINT?** *(provide specific details of your complaint)* ¿CUÁL ES SU QUEJA? *(proporcionar detalles específicos de su queja)*

I am being treated unfairly and constantly discriminated against as it relates to my health and over all well being here at RADD.

Today, October 7th 2025 I was advised that the Warden here at RADD "DENIED" my glasses that I was instructed by Medical to have sent in as my current glasses were broken. Mrs. Jones (Medical) expressed that the Warden said, glasses will no longer be allowed from outside — and the fact that it said Gucci on the frame.

If this is something that he just decided to implement, staff should have either advised me to have my family purchase the glasses to have them rejected upon arrival. The warden did not disclose a memo stating "effective immediately" there will be no more outside glasses allowed. This would have alleviated any discrepancy. The discussion with medical was that, if the detainee already had eye glasses he/she could have plastic frames with prescription sent in. The glasses had to be under one hundred dollars in value. Further more because the glasses in question says "Gucci" on the side that is barely visible they are in fact "REPLICAS" and it not cost but $47.00 dollars (See Sales receipt) as required and should not be an issue. He met the necessary requirement that he was given by Medical staff. The fact that no Memo was put out via tablet or in the units for Population to be made aware. This detainee should be given his eye glasses that he needs in order to see. I should not be punished for a new decision that his staff wasn't

**REQUESTED ACTION TO BE TAKEN** *(cannot request disciplinary actions against staff members)* MEDIDAS QUE SE PIDE A TOMARSE *(no pueden solicitar acciones disciplinarias contra los miembros del personal)*

aware of.

1- Provide detainee with the glasses so that he can have proper vision. He followed instructions. Not his fault RADD staff was not aware of the new Wardens position on outside glasses.

2- Allow for broken glasses to be sent out and fixed, since he was already in possession of them. Reimburse family the $47.00 dollars for their mistake

Signature of Grievant/Firma del agraviado: ℗   Date/Fecha: 10/7/2025

To be completed by staff ONLY/Para ser completado por el personal SÓLO:

☐ Emergency/Emergencia
*(Requires emergency response/Requiere una respuesta de emergencia)*

☐ Non-Emergency/ No de Emergencia
*(Does not meet definition of emergency/No cumplen con la definición de emergencia)*

Received By/Recibido Por: _____   Date/Fecha: _____   Time/Hora: _____

Mr. Reynaud Chandler 69775053
Robert A. Deyton Detention
11866 Hasting Bridge Rd.
Lovejoy, Ga 30250

CLEARED DATE
OCT 2 4 2025
U.S. Marshals Service
Atlanta, GA 30303

Robert A. Deyton
Correctional Facility



CERTIFIED MAIL
9589 0710 5270 2363 8955 59



quadient
CORRECTION
IMI
$009.70
10/14/2025  ZIP 30250
043M31242216
US POSTAGE

United States C...
2211 Ted T...
Atlanta, Ga ...
Honorable: J.P. Boulee

Legal Mail